# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERICA INTZEKOSTAS, as Attorney-in-Fact for ZENA INTZEKOSTAS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ATRIA CENTER CITY, ATRIA SENIOR LIVING, INC., WG CENTER CITY SH, LLC and WG SG SENIOR LIVING HOLDINGS LLC** | : | |
| | : | **NO. 20-5540** |

## ORDER

**NOW,** this 29th day of December, 2020, upon consideration of the Notice of Removal (Document No. 1), the plaintiff's complaint, the plaintiff's request for remand and the memoranda of law submitted by the parties, it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.